AUSA: Mark McDonald Telephone: (202) 305-2672
Special Agent: John Lawniczak Telephone: (313) 268-6401

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D-4 Karen Miller

Case: 4:18-cr-20812
Judge: Leitman, Matthew F.

**FILED JAN 02 2018 U.S. DISTRICT COURT FLINT, MICHIGAN**

## ARREST WARRANT

**FILED DEC 11 2018 U.S. DISTRICT COURT FLINT, MICHIGAN**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Karen Miller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Ct 1: 18 U.S.C. sec. 371 Conspiracy to Defraud the United States

Date: 12/11/2018

*Sara Krause*
Issuing officer's signature

Sara Krause   DEPUTY CLERK
Printed name and title

City and state: Flint, MI

| Return | |
|---|---|
| This warrant was received on *(date)* 12/11/18, and the person was arrested on *(date)* 12/13/18 at *(city and state)* Flint, MI | |
| Date: 12/13/18 | Arresting officer's signature |
| | Gustavo Goodsingh(?)
Printed name and title |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*