UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                        Case: 4:18-cr-20812
                                                 Hon. Matthew F. Leitman

v.

D1, JAYSON ROSETT,
D2, ROBERT ROSETT,
D3, CAROL ALMERANTI, and
D4, KAREN MILLER,

        Defendants.
_____/

## STIPULATION TO ADJOURN DATES

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America and the Defendants, that the sentencing hearings set for Defendants JAYSON ROSETT, ROBERT ROSETT, CAROL ALMERANTI, and KAREN MILLER, on January 27, 2022, each be adjourned, and the sentencing hearings for Defendants JAYSON ROSETT, ROBERT ROSETT, CAROL ALMERANTI, and KAREN MILLER be set in July 2022, at times that are convenient for the court and all other dates be delayed.

Date: October 11, 2021

SO STIPULATED:

/s/ Mark McDonald
MARK MCDONALD (VA 72198)
DOJ Trial Attorney
601 D Street, NW – 7 h Floor
Washington, DC 20004
(202) 305-2672
mark.s.mcdonald@usdoj.gov

/s/ Douglas C. Abraham
Douglas C. Abraham, Esq. (MI P34654)
*Attorney for Defendant Carol Almeranti*
19500 Victor Parkway, Suite 150
Livonia, Ml48152
(734) 591-3737
headesq@aol.com

/s/ Christopher A. Andreoff
Christopher A. Andreoff, Esq. (MI P10193)
*Attorney for Defendant Robert Rosett*
27777 Franklin Rd, Suite 2500
Southfield, Ml48034
(248) 351-3000
candreoff@jaffelaw.com

/s/ Maurice C. Davis
Maurice C. Davis, Esq. (MI P76203)
*Attorney for Defendant Karen Miller*
615 Griswold St., Suite 719
Detroit, Ml 48226
(248) 469-8501
davislawmaurice@gmail.com

/s/ Ben M. Gonek
Ben M. Gonek, Esq. (MI P43716)
*Attorney for Defendant Jayson Rosett*
500 Griswold St., Suite 2450
Detroit, Ml48226
ben@goneklaw.com
(313) 953-3377

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                         Case: 4:18-cr-20812
                                                 Hon. Matthew F. Leitman

v.

D1, JAYSON ROSETT,
D2, ROBERT ROSETT,
D3, CAROL ALMERANTI, and
D4, KAREN MILLER,

       Defendants.
_____/

## ORDER TO ADJOURN DATES

Upon stipulation of the parties, and the Court being otherwise fully advised, **IT IS HEREBY ORDERED** that all dates for all defendants in this matter are adjourned and rescheduled as follows, the sentencing hearing for:

Defendant JAYSON ROSETT in this matter shall be held on July 28, 2022 at 10:00 a.m.;

Defendant ROBERT ROSETT in this matter shall be held on July 28, 2022 at 11:00 a.m.;

Defendant CAROL ALMERANTI in this matter shall be held on July 28, 2022 at 1:00 p.m.; and

Defendant KAREN MILLER in this matter shall be held on July 28, 2022 at 2:00 p.m.

    **IT IS SO ORDERED**.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  October 12, 2021